Kenneth McIntyre, Respondent, *v.* Philip Fisher, Appellant, Impleaded with Another.

Argued October 20, 1942; decided November 25, 1942.

*John H. Broderick* and *Henry S. Bayly* for appellant.

*Andrew W. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.